

# Fourth Court of Appeals
## San Antonio, Texas

October 22, 2019

No. 04-19-00318-CV

Leticia R. **BENAVIDES,**
Appellant

v.

Cristina B. **ALEXANDER** as permanent guardian of the person of Carlos Y. Benavides, Jr., et al.,
Appellees

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2012CVQ-000161-D1
Honorable Jose A. Lopez, Judge Presiding

# O R D E R

We ordered the court reporter, Ms. Cynthia Lenz, to appear in person on October 23, 2019 at 10:00 a.m. before a panel consisting of Chief Justice Marion, Justice Martinez, and Justice Alvarez to show cause why she should not be held in civil and criminal contempt and sanctioned for her failure to timely file the reporter's record. In a subsequent order, we ordered Ms. Lenz to file a signed, written status report and advised Ms. Lenz that upon receipt of a satisfactory status report, this court may elect to cancel the show cause hearing set for October 23, 2019.

Ms. Lenz filed the status report on October 21, 2019 as ordered. Accordingly and in light of the representations made in the status report, it is ORDERED that the show cause hearing set for October 23, 2019 is CANCELLED pending further orders of this court.

_Sandee Bryan Marion_
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of October, 2019.



_LUZ ESTRADA,_
Chief Deputy Clerk